The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARLA AYLEN DDS PLLC,<br><br>         Plaintiff,<br><br> v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>         Defendant. | Civil Action No.  2:20-cv-00717-BJR<br><br>**STIPULATED MOTION AND ORDER** |

Plaintiff Karla Aylen, DDS PLLC and Defendant Aspen American Insurance Company stipulate that Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint, Dkt. 17, no later than October 22, 2020.

WHEREAS:

1. On September 3, 2020, Defendant moved to dismiss Plaintiff's lawsuit for failure to state a claim upon which relief can be granted.

2. On September 21, 2020, Plaintiff filed an amended complaint.

3. Under the Federal Rules of Civil Procedure, Defendant's response to Plaintiff's amended complaint is due October 8, 2020.

4. On October 7, 2020, counsel for the parties conferred via telephone and discussed various methods through which this matter and other matters filed against Defendant by Plaintiff's counsel might be most efficiently organized.

5. The parties are continuing to consider and discuss that issue, together with the issues as to which the Court ordered the parties to meet and confer in its September 29, 2020 Scheduling Order.

6. Further in the interest of efficiency, the parties have agreed to a 14-day extension of Defendant's response date, pursuant to which Defendant may file its response on or before October 22, 2020.

7. The stipulation will not prejudice either party. The parties do not waive any claims or defenses with this stipulation.

IT IS HEREBY STIPULATED AND AGREED, pending the Court's approval, Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint by October 22, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATED MOTION AND ORDER CASE:
2:20-CV-00717-BJR

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

1

The parties respectfully request the Court to enter the accompanying Proposed Order granting the relief to which the parties have stipulated.

DATED this 8th day of October, 2020.

| KELLER ROHRBACK L.L.P. | SIDLEY AUSTIN LLP |
|---|---|
| /s/ _Karin Swope*_ | /s/ Robin E. Wechkin |
| Karin Swope, WSBA No. 24015<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>kswope@kellerrohrback.com | Robin E. Wechkin, WSBA No. 24746<br>SIDLEY AUSTIN LLP<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Telephone: (415) 439-1799<br>rwechkin@sidley.com |
| **Attorneys for Plaintiff**<br><br>*Signed with permission. | Yvette Ostolaza, *pro hac vice*<br>Yolanda C. Garcia, *pro hac vice*<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3401<br>Facsimile:  (214) 981-3400<br>yvette.ostolaza@sidley.com<br>ygarcia@sidley.com<br><br>**Attorneys for Defendant** |

# ORDER

The Court has considered Plaintiff Karla Aylen, DDS PPLC's and Defendant Aspen American Insurance Company's Stipulated Motion and [Proposed] Order. The Court **HEREBY ORDERS** that Defendant may answer, move, or otherwise respond to Plaintiff's amended complaint on or before October 22, 2020.

**IT IS SO ORDERED.**

Dated: October 8, 2020.

_____
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER  CASE:
2:20-cv-00717-BJR

3

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799